```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/08/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Alan Santos-Buch,

                      Plaintiff,                  14 **CIVIL** 651 (SAS)

       -against-                     **JUDGMENT**

Financial Industry Regulatory
Authority, Inc.,
                      Defendant.
-------------------------------------------------------------X

      Defendant having moved to dismiss the complaint (Doc. #9) and the amended complaint (Doc. #19), both pursuant to Rules 12(b)(1), 12(b)(6), and 12(h)(3) of the Federal Rules of Civil Procedure, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on July 7, 2014, having rendered its Opinion and Order (Doc. #26) granting Defendant's motion to dismiss and directing the Clerk of Court to close these motions (Docket Nos. 9 & 19), and this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2014, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         July 8, 2014

                                                   **RUBY J. KRAJICK**

                                                   _____
                                                      **Clerk of Court**
                               **BY:**  *K. Mango*
                                                    _____
                                                      **Deputy Clerk**